# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sandra Edmonds, | Case No.: 2:20-cv-03248-TJH-KSx |
| Plaintiff, | *Hon. Terry J. Hatter, Jr.* |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE  [JS-6]** |
| Delahoussaye Property LLC, a California Limited Liability Company; and Does 1-10, | |
| Defendants. | Action Filed:  April 7, 2020<br>Trial Date:    Not on Calendar |

///
///
///
///
///
///
///
///
///
///

1
ORDER FOR DISMISSAL WITH PREJUDICE

1

2

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

3

**IT IS ORDERED THAT:**

4

5

6

Plaintiff Sandra Edmonds' ("Plaintiff") action against Defendant Delahoussaye Property LLC ("Defendants") and all DOE defendants is dismissed with prejudice. Each party will be responsible for their own fees and costs.

7

8

9

10

11

12

Dated:  OCTOBER 29, 2020

Hon. Terry J. Hatter, Jr
United States District Judge
Central District of California

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER FOR DISMISSAL WITH PREJUDICE